| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>FORMAN HOLT<br>365 West Passaic Street, Suite 400<br>Rochelle Park, New Jersey 07662<br>Telephone:  (201) 845-1000<br>Facsimile:  (201) 655-6650<br>Proposed Attorneys for Benjamin A. Stanziale, Jr., Chapter 7 Trustee<br>Kim R. Lynch (KL-5866)<br>klynch@formanlaw.com | **Order Filed on October 21, 2019<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>MIN JAE LEE and MINSUN KIM,<br><br>                Debtor. | Chapter:   7<br><br>Case No.:  19-23293<br><br>Judge:  John K. Sherwood |

| Recommended Local Form: | ☒ Followed ☐ Modified |
|---|---|

### ORDER AUTHORIZING RETENTION OF
### FORMAN HOLT AS ATTORNEYS

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: October 21, 2019**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

F0063317 - 1

Page 2
Debtor:     Min Jae Lee and Minsun Kim
Case No.    19-23293(JKS)
Caption:    Order Authorizing Retention of Forman Holt as Attorneys

___

Upon Applicant's request for authorization to retain Formanlaw LLC d/b/a Forman Holt ("Forman Holt") as attorneys, it is hereby ORDERED:

1. Applicant be and hereby is authorized to retain Forman Holt in the professional capacity noted.
   The professional's address is:  365 West Passaic Street, Suite 400
   Rochelle Park, NJ 07662

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.
   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.
   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of the retention is the date the Application was filed with the Court.

F0063317 - 1