| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon<br>KML Law Group, PC<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>M&T Bank | Order Filed on December 24, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No:  <u>19-23293 JKS</u> |
| In Re:<br>    Lee, Min Jae Kim, Minsun | Hearing Date: 12/17/19<br><br>Judge:  John K. Sherwood |

| Recommended Local Form: | ☐ Followed | ☐ Modified |
|---|---|---|

# ORDER VACATING STAY

The relief set forth on the following

**DATED: December 24, 2019**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Upon the motion of <u>M&T Bank</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- ■ Real Property More Fully Described as:

    **Land and premises commonly known as 4 High Mountain Drive, Montville Twp NJ 07005**

- ☐ Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:  
Min Jae Lee  
Minsun Kim  
    Debtors

Case No. 19-23293-JKS  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Dec 26, 2019  
                         Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 28, 2019.  
db/jdb       +Min Jae Lee,   Minsun Kim,   4 High Mountain Drive,   Boonton, NJ 07005-9321

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                TOTAL: 0

        \*\*\*\*\* BYPASSED RECIPIENTS \*\*\*\*\*  
NONE.                                                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 28, 2019                                                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 26, 2019 at the address(es) listed below:  
          Anthony Sodono, III   on behalf of Debtor Min Jae Lee asodono@msbnj.com  
          Anthony Sodono, III   on behalf of Joint Debtor Minsun Kim asodono@msbnj.com  
          Benjamin A. Stanziale, Jr.   trustee@stanzialelaw.com, nj45@ecfcbis.com  
          Benjamin A. Stanziale, Jr.   on behalf of Trustee Benjamin A. Stanziale, Jr.  
           trustee@stanzialelaw.com, nj45@ecfcbis.com  
          Denise E. Carlon   on behalf of Creditor   M&T Bank dcarlon@kmllawgroup.com,  
           bkgroup@kmllawgroup.com  
          Gregory E. Reid   on behalf of Creditor   Citibank, N.A. greid@sillscummis.com  
          John R. Morton, Jr.   on behalf of Creditor   Nissan Motor Acceptance Corporation  
           ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
          Kim R. Lynch   on behalf of Trustee Benjamin A. Stanziale, Jr. klynch@formanlaw.com,  
           kanema@formanlaw.com  
          Rebecca Ann Solarz   on behalf of Creditor   M&T Bank rsolarz@kmllawgroup.com  
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                  TOTAL: 10