| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Min Jae Lee<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3051<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Minsun Kim<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7486<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   19–23293–JKS | | |

## Order of Discharge                                                                                      12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Min Jae Lee                                                Minsun Kim

<u>1/17/20</u>                                             **By the court:**   <u>John K. Sherwood</u>
                                                                              United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 19-23293-JKS
Min Jae Lee                                                                   Chapter 7
Minsun Kim
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2           Date Rcvd: Jan 17, 2020
                              Form ID: 318             Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 19, 2020.
```
db/jdb         +Min Jae Lee,   Minsun Kim,   4 High Mountain Drive,   Boonton, NJ 07005-9321
aty            +Forman Holt,   365 West Passaic Street,   Suite 400,   Rochelle Park, NJ 07662-3017
cr             +Nissan Motor Acceptance Corporation,   PO Box 660366,   Dallas, TX 75266-0366
518341810      +AHS Hospital Group,   d/b/a Morristown Medical Center,   100 Madison Avenue,
                 Morristown, NJ 07960-6136
518341811      +AirGroup,   1 Prince Road,   Whippany, NJ 07981-2100
518364833      +American Express,   500 North Franklin Turnpike,   PO Box 278,   Ramsey, NJ 07446-0278
518341817       Citibank, N.A.,   c/o Sills Cummins & Gross PC,   1 Riverfront Plaza,   Newark, NJ 07102-5400
518364835       Citibank, NA,   PO Box 6181,   Sioux Falls, SD 57117-6181
518364836      +Credit Control LLC,   PO Box 31179,   Tampa, FL 33631-3179
518364837      +DeNovo Imports,   4 High Mountain Drive,   Boonton, NJ 07005-9321
518364838      +Division of Taxation,   124 Halsey Street,   Second Floor,   Newark, NJ 07102-3017
518341818      +Gregory E. Reid, Esq.,   Sills, Cummis & Gross, P.C.,   One Riverfront Plaza,
                 Newark, NJ 07102-5408
518341820      +JCP&L,   Corporate Headquarters,   76 South Main Street,   Akron, OH 44308-1812
518364843       Jersey Central Power & Light,   2800 Pottsville Pike,   PO Box 16001,   Reading, PA 19612-6001
518364844      +KMS Accessories, Inc.,   4 High Mountain Drive,   Boonton, NJ 07005-9321
518341823       Macy's,   PO Box 9001094,   Louisville, KY 40290-1094
518364846      +Montville Township Water & Sewer,   PO Box 130,   Montville, NJ 07045-0130
518341827      +NJ Natural Gas Co.,   PO Box 11743,   Newark, NJ 07101-4743
518364848      +New Jersey Natural Gas,   1415 Wyckoff Road,   PO Box 1464,   Wall, NJ 07719-1464
518341825      +Nicholas J. Zabala, Esq.,   KML Law Group, P.C.,   216 Haddon Avenue,   Suite 406,
                 Collingswood, NJ 08108-2812
518341826       Nissan Motor Acceptance Corp.,   PO Box 660360,   Dallas, TX 75266-0360
518364849       Office of the Attorney General,   Division of Law,   PO Box 080,   Trenton, NJ 08625-0080
518341828     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates,    PO Box 12903,   Norfolk, VA 23541)
518364847     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: New Jersey Division of Taxation,   Bankruptcy Section,   PO Box 245,
                 Trenton, NJ 08695-0245)
518341829      +Starship Pediatrics,   300 Madison Avenue #201,   Madison, NJ 07940-1868
518364851      +State of New Jersey,   Division of Taxation-Gross Income Tax,   50 Barrack Street,   PO Box 269,
                 Trenton, NJ 08602-0269
518364852      +State of New Jersey,   Division of Employer Accounts,   PO Box 379,   Trenton, NJ 08625-0379
518364850      +State of New Jersey,   Division of Taxation,   Sales & Use Tax,   PO Box 999,
                 Trenton, NJ 08606-0999
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 18 2020 00:24:53     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 18 2020 00:24:47     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518341812       EDI: AMEREXPR.COM Jan 18 2020 04:58:00     Amercian Express,   PO Box 1270,
                 Newark, NJ 07101-1270
518341813      +EDI: AMEREXPR.COM Jan 18 2020 04:58:00     American Express,
                 Global Collection & Strategy Legal Group,   200 Vessey Street,   New York, NY 10285-1000
518364834       EDI: BANKAMER.COM Jan 18 2020 04:58:00     Bank of America,   DE5-019-03-07,
                 4060 Ogletown/Stanton Road,   Newark, DE 19714
518341814      +E-mail/Text: cms-bk@cms-collect.com Jan 18 2020 00:24:29     Capital Managment Services, LP,
                 698 1/2 South Ogden Street,   Buffalo, NY 14206-2317
518341815      +EDI: CAPITALONE.COM Jan 18 2020 04:58:00     Capital One,   PO Box 30281,
                 Salt Lake City, UT 84130-0281
518341816       EDI: CHASE.COM Jan 18 2020 04:58:00     Chase,   PO Box 15123,   Wilmington, DE 19850-5123
518341819       EDI: IIC9.COM Jan 18 2020 04:53:00     IC System,   PO Box 64437,   Saint Paul, MN 55164-0437
518364840       EDI: IRS.COM Jan 18 2020 04:58:00     Internal Revenue Service,   Attn: District Director,
                 955 South Springfield Avenue,   Springfield, NJ 07081
518341821      +EDI: TFSR.COM Jan 18 2020 04:53:00     Lexus Financial,   PO Box 4102,
                 Carol Stream, IL 60197-4102
518341822       E-mail/Text: camanagement@mtb.com Jan 18 2020 00:24:30     M&T Bank,   PO Box 1288,
                 Buffalo, NY 14240-1288
518341824       EDI: DAIMLER.COM Jan 18 2020 04:58:00     Mercedes-Benz Financial Services,   PO Box 5209,
                 Carol Stream, IL 60197-5209
518364845      +EDI: TSYS2.COM Jan 18 2020 04:58:00     Macy's,   PO Box 8218,   Mason, OH 45040-8218
518364853      +E-mail/Text: usanj.njbankr@usdoj.gov Jan 18 2020 00:24:53     United States Attorney,
                 970 Broad Street, Fifth Floor,   Newark, NJ 07102-2527
518364854      +EDI: VERIZONCOMB.COM Jan 18 2020 04:53:00     Verizon,   PO Box 650584,   Dallas, TX 75265-0584
                                                                                              TOTAL: 16
```

```
District/off: 0312-2          User: admin                Page 2 of 2                  Date Rcvd: Jan 17, 2020
                              Form ID: 318               Total Noticed: 44


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Citibank, N.A.,    c/o Sills Cummis & Gross P.C.,    One Riverfront Plaza,    Newark
518364841*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Service,    Office of the Chief Counsel,
                 1 Newark Center, Suite 1500,    Newark, NJ 07102)
518364839*      Internal Revenue Service,    Special Procedures Branch,    Attn. Bankruptcy Section,    PO Box 744,
                 Springfield, NJ 07081
518364842*      Internal Revenue Service,    PO Box 7346,   Philadelphia, PA 19101-7346
                                                                                          TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 17, 2020 at the address(es) listed below:
              Anthony  Sodono, III    on behalf of Joint Debtor Minsun  Kim asodono@msbnj.com
              Anthony  Sodono, III    on behalf of Debtor Min Jae Lee asodono@msbnj.com
              Benjamin A. Stanziale, Jr.    on behalf of Trustee Benjamin A. Stanziale, Jr.
               trustee@stanzialelaw.com, nj45@ecfcbis.com
              Benjamin A. Stanziale, Jr.    trustee@stanzialelaw.com, nj45@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor   M&T Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Gregory E. Reid    on behalf of Creditor   Citibank, N.A. greid@sillscummis.com
              John R. Morton, Jr.    on behalf of Creditor   Nissan Motor Acceptance Corporation
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Kim R. Lynch    on behalf of Trustee Benjamin A. Stanziale, Jr. klynch@formanlaw.com,
               kanema@formanlaw.com
              Rebecca Ann Solarz    on behalf of Creditor   M&T Bank rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10
```