UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: **Min Jae Lee and Minsun Kim**   Case No.: **19-23293-JKS**

Chapter: **7**

Judge: **John K. Sherwood**

---

## NOTICE OF PROPOSED ABANDONMENT

---

Benjamin A. Stanziale, Jr., Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Jeanne A. Naughton, Clerk<br>United States Bankruptcy Court<br>50 Walnut Street<br>Newark, New Jersey 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable John K. Sherwood on April 7, 2020, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. 3D. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

**Description and value of Property: 4 High Mountain Drive, Montville, New Jersey**

**Current Market Value of Property: $1,500,000.00**
**Estimated Cost of Sale: $150,000.00**

**Liens on property: M&T Bank: $1,421,163.00**

**Amount of equity claimed as exempt:**

Objections must be served on, and requests for additional information directed to:

Name:       Benjamin A. Stanziale, Jr., Trustee

Address:    29 Northfield Avenue, Suite 201, West Orange, New Jersey 07052

Telephone No.: (973) 731-9393

United States Bankruptcy Court
District of New Jersey

In re:                                              Case No. 19-23293-JKS
Min Jae Lee                                         Chapter 7
Minsun Kim
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 2              Date Rcvd: Mar 05, 2020
                             Form ID: pdf905          Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2020.
```
db/jdb          +Min Jae Lee,    Minsun Kim,    4 High Mountain Drive,    Boonton, NJ 07005-9321
aty             +Forman Holt,    365 West Passaic Street,    Suite 400,    Rochelle Park, NJ 07662-3017
cr              +Nissan Motor Acceptance Corporation,    PO Box 660366,    Dallas, TX 75266-0366
518341810       +AHS Hospital Group,    d/b/a Morristown Medical Center,    100 Madison Avenue,
                  Morristown, NJ 07960-6136
518341811       +AirGroup,    1 Prince Road,    Whippany, NJ 07981-2100
518341812        Amercian Express,    PO Box 1270,    Newark, NJ 07101-1270
518364833       +American Express,    500 North Franklin Turnpike,    PO Box 278,    Ramsey, NJ 07446-0278
518341813       +American Express,    Global Collection & Strategy Legal Group,    200 Vessey Street,
                  New York, NY 10285-1000
518364834        Bank of America,    DE5-019-03-07,    4060 Ogletown/Stanton Road,    Newark, DE 19714
518341817       +Citibank, N.A.,    c/o Sills Cummins & Gross PC,    1 Riverfront Plaza,    Newark, NJ 07102-5400
518364835        Citibank, NA,    PO Box 6181,    Sioux Falls, SD 57117-6181
518364836       +Credit Control LLC,    PO Box 31179,    Tampa, FL 33631-3179
518364837       +DeNovo Imports,    4 High Mountain Drive,    Boonton, NJ 07005-9321
518364838       +Division of Taxation,    124 Halsey Street,    Second Floor,    Newark, NJ 07102-3017
518341818       +Gregory E. Reid, Esq.,    Sills, Cummis & Gross, P.C.,    One Riverfront Plaza,
                  Newark, NJ 07102-5408
518341819        IC System,    PO Box 64437,    Saint Paul, MN 55164-0437
518341820       +JCP&L,    Corporate Headquarters,    76 South Main Street,    Akron, OH 44308-1812
518341843        Jersey Central Power & Light,    2800 Pottsville Pike,    PO Box 16001,    Reading, PA 19612-6001
518364844       +KMS Accessories, Inc.,    4 High Mountain Drive,    Boonton, NJ 07005-9321
518341821       +Lexus Financial,    PO Box 4102,    Carol Stream, IL 60197-4102
518341823        Macy's,    PO Box 9001094,    Louisville, KY 40290-1094
518364845       +Macy's,    PO Box 8218,    Mason, OH 45040-8218
518364846       +Montville Township Water & Sewer,    PO Box 130,    Montville, NJ 07045-0130
518341827       +NJ Natural Gas Co.,    PO Box 11743,    Newark, NJ 07101-4743
518364848       +New Jersey Natural Gas,    1415 Wyckoff Road,    PO Box 1464,    Wall, NJ 07719-1464
518341825       +Nicholas J. Zabala, Esq.,    KML Law Group, P.C.,    216 Haddon Avenue,    Suite 406,
                  Collingswood, NJ 08108-2812
518341826        Nissan Motor Acceptance Corp.,    PO Box 660360,    Dallas, TX 75266-0360
518364849        Office of the Attorney General,    Division of Law,    PO Box 080,    Trenton, NJ 08625-0080
518341828       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Associates,    PO Box 12903,    Norfolk, VA 23541)
518364847       ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                 (address filed with court: New Jersey Division of Taxation,    Bankruptcy Section,    PO Box 245,
                  Trenton, NJ 08695-0245)
518341829       +Starship Pediatrics,    300 Madison Avenue #201,    Madison, NJ 07940-1868
518364851       +State of New Jersey,    Division of Taxation-Gross Income Tax,    50 Barrack Street,    PO Box 269,
                  Trenton, NJ 08602-0269
518364852       +State of New Jersey,    Division of Employer Accounts,    PO Box 379,    Trenton, NJ 08625-0379
518364850       +State of New Jersey,    Division of Taxation,    Sales & Use Tax,    PO Box 999,
                  Trenton, NJ 08606-0999
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Mar 06 2020 01:45:34     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 06 2020 01:45:29     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
518341814       +E-mail/Text: cms-bk@cms-collect.com Mar 06 2020 01:44:51     Capital Managment Services, LP,
                  698 1/2 South Ogden Street,    Buffalo, NY 14206-2317
518341815       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 06 2020 01:41:04     Capital One,
                  PO Box 30281,    Salt Lake City, UT 84130-0281
518364840        E-mail/Text: sbse.cio.bnc.mail@irs.gov Mar 06 2020 01:44:39     Internal Revenue Service,
                  Attn: District Director,    955 South Springfield Avenue,    Springfield, NJ 07081
518341816        E-mail/PDF: ais.chase.ebn@americaninfosource.com Mar 06 2020 01:41:02     Chase,    PO Box 15123,
                  Wilmington, DE 19850-5123
518341822        E-mail/Text: camanagement@mtb.com Mar 06 2020 01:44:52     M&T Bank,    PO Box 1288,
                  Buffalo, NY 14240-1288
518341824        E-mail/Text: M74banko@daimler.com Mar 06 2020 01:46:52     Mercedes-Benz Financial Services,
                  PO Box 5209,    Carol Stream, IL 60197-5209
518364853       +E-mail/Text: usanj.njbankr@usdoj.gov Mar 06 2020 01:45:34     United States Attorney,
                  970 Broad Street, Fifth Floor,    Newark, NJ 07102-2527
518364854       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 06 2020 01:43:52
                  Verizon,    PO Box 650584,    Dallas, TX 75265-0584
                                                                                              TOTAL: 10
```

```
District/off: 0312-2          User: admin                 Page 2 of 2                  Date Rcvd: Mar 05, 2020
                              Form ID: pdf905             Total Noticed: 44


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Citibank, N.A.,    c/o Sills Cummis & Gross P.C.,    One Riverfront Plaza,    Newark
518364841*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Service,    Office of the Chief Counsel,
                 1 Newark Center, Suite 1500,    Newark, NJ 07102)
518364839*      Internal Revenue Service,    Special Procedures Branch,    Attn. Bankruptcy Section,   PO Box 744,
                 Springfield, NJ 07081
518364842*      Internal Revenue Service,    PO Box 7346,   Philadelphia, PA 19101-7346
                                                                                             TOTALS: 1, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 5, 2020 at the address(es) listed below:
          Anthony   Sodono, III    on behalf of Joint Debtor Minsun  Kim asodono@msbnj.com
          Anthony   Sodono, III    on behalf of Debtor Min Jae Lee asodono@msbnj.com
          Benjamin A. Stanziale, Jr.    on behalf of Trustee Benjamin A. Stanziale, Jr.
           trustee@stanzialelaw.com, nj45@ecfcbis.com
          Benjamin A. Stanziale, Jr.    trustee@stanzialelaw.com, nj45@ecfcbis.com
          Denise E. Carlon    on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Gregory E. Reid    on behalf of Creditor    Citibank, N.A. greid@sillscummis.com
          John R. Morton, Jr.    on behalf of Creditor    Nissan Motor Acceptance Corporation
           ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
          Kim R. Lynch    on behalf of Trustee Benjamin A. Stanziale, Jr. klynch@formanlaw.com,
           kanema@formanlaw.com
          Rebecca Ann Solarz    on behalf of Creditor    M&T Bank rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10
```